IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KIM G. OSTERKAMP,

    Plaintiff,   No. CIV S-06-2002 LKK DAD PS

    vs.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.   <u>ORDER</u>
_____/

    This Social Security action was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636, et seq., and Local Rule 72-302.

    On March 6, 2007, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within ten days. Neither party has filed objections to the findings and recommendations.

    The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

/////

/////

1

1. The findings and recommendations filed March 6, 2007, are adopted in full;

2. Defendant's November 7, 2006 motion to dismiss for failure to exhaust administrative remedies and for failure to state a claim is granted; and

3. This action is dismissed without prejudice.

DATED: May 7, 2007.

```
                    /s/ Lawrence K. Karlton
                    LAWRENCE K. KARLTON
                    SENIOR JUDGE
                    UNITED STATES DISTRICT COURT
```